UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL MIRANDA,<br>A-243-112-532<br><br>            Petitioner,<br><br>   v.<br><br>WARDEN, CALIFORNIA CITY<br>CORRECTIONAL CENTER,<br><br>            Respondent. | No. 1:26-cv-02680-TLN-DMC-HC<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding with appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The District Judge granted Petitioner's motion for temporary restraining order, ordering Petitioner's immediate release. See ECF No. 13. Pursuant to the District Judge's order, Respondents filed a notice of compliance. See ECF No. 14. Parties are directed to inform the Court within fourteen (14) days of the date of this order if the matter is submitted or they seek additional briefing.

IT IS SO ORDERED.

Dated: May 21, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1